**Order filed June 19, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00854-CV
_____

**TIFFANY DIGGS, Appellant**

**V.**

**RANDOLPH DIGGS, JR., Appellee**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2009-81634**

---

## O R D E R

Appellant's brief was due May 30, 2012. No brief or motion for extension of time has been filed.

Unless appellant submits a brief to the clerk of this court on or before **July 19, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM